UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. WEISS, P.C., a California professional corporation; and MICHAEL H. WEISS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BERKLEY INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-cv-06267-JAK (PJWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL (DKT. 24)**<br><br>**JS-6** |

Based on a review of the parties' Stipulation for Dismissal (the "Stipulation" (Dkt. 24)), there is good cause for the requested relief. Therefore, the relief requested in the Stipulation is **GRANTED**, and this action is dismissed with prejudice as to all claims, causes of action and parties, with each party to bear his or its attorney's fees and costs. All dates in this action, including the Scheduling Conference set for November 2, 2020 at 11:30 a.m. (Dkt. 22), are **VACATED**.

**IT IS SO ORDERED.**

Dated: October 28, 2020

_____
John A. Kronstadt
United States District Judge